**FILED**

August 7, 2025

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25-mj-00112-SCR |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| DAVID COVARUBIAS-CARRANZA, | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID COVARUBIAS-CARRANZA, Case No.  2:25-mj-00112-SCR , Charge 8 U.S.C. § 1326, from custody for the following reasons:

____ x __    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

____ x ____    (Other):  Release delayed until 8/8/2025 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on August 7, 2025, at 2:20 PM

By: _____

Magistrate Judge Sean C. Riordan