ERIC GRANT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID COVARUBIAS-CARRANZA,<br><br>    Defendant. | CASE NO. 2:25-cr-00180-JAM<br><br>**ORDER FOR DISMISSAL OF COMPLAINT (ECF 23)**<br><br>[Fed. R. Crim. P. 48(a)] |

  The court hereby orders the complaint in case number 2:25-cr-00180-JAM, filed on August 5, 2025, be **DISMISSED without prejudice**.

  IT IS SO ORDERED.

August 22, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE